**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 94 MAL 2017

           Respondent                :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

           v.                        :

CORY J. WILLIS,                      :

           Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.